1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA YOUNG FREEMAN EL ex rel
Carla Young Paialii,

Plaintiff,

v.

KING COUNTY SUPERIOR COURT;
THEODORE STRAVA; STATE OF
WASHINGTON,

Defendants.

CASE NO. 2:25-cv-01003-JHC

ORDER

16

17

18

19

20

21

22

23

24

This matter comes before the Court sua sponte.  Plaintiff filed an application to proceed

in forma pauperis (IFP).  Dkt. # 1.  On May 27, 2025, the Clerk mailed a Notice of Filing

Deficiency informing Plaintiff that she had until June 26, 2025 to submit a correct IFP

application.  Dkt. # 2.  On June 9, 2025, the mailing was returned as undeliverable.  Dkt. # 3.  On

June 25, 2025, the Clerk received a confirmation of Plaintiff's mailing address and mailed the

Notice of Filing Deficiency to the confirmed address. Dkt. # 4.  Plaintiff has not filed a corrected

IFP application by the deadline of June 26, 2025.

ORDER - 1

1    The Court extends the deadline for Plaintiff to address the Notice of Filing Deficiency

2  and to file a correct IFP application to July 7, 2025.  The Clerk is directed to re-note Plaintiff's

3  motion for injunctive relief, Dkt. # 5, to July 7, 2025.

4    Dated this 27th day of June, 2025.

5

6

7    John H. Chun
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2